UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN RICHARD KENNYBROOK  　　　　　CASE NO.: 6:16-bk-01096-ABB
KATHLEEN PATRICIA KENNYBROOK,

_____Debtors./

First Amended Chapter 13 Plan

**CHECK ONE:**

____ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__x__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provisions not set forth in paragraph 9 are deemed stricken.

1. **MONTHLY PLAN PAYMENTS**: Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of __60__ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

A.   $2,653.70   for months __1__ through __12__;
B.   $2,765.47   for months __13__ through __60__;
C.   $_____   for months ____ through ____;
D.   $_____   for months ____ through ____;

in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE:**

Base Fee $7,383.00*   Total Paid Prepetition $2,883.00   Balance Due $4,500.00

Estimated Additional Fees Subject to Court Approval $2,750.00
    $50.00 per month post conformation monitoring fee.

Attorney's Fees Payable Through Plan $150.00 Monthly (subject to adjustment)

*Please see Paragraph 9 below

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

| Last 4 Digits of Acct. No. | Creditor | Total Claim |
|---|---|---|
| None | | |

4. **TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS:** Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

    (A) **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if Any, Paid through the Plan:** If the Plan provides for curing of prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| None | | | | | |

    (B) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 0922 | Rushmore Loan Mgmt Serv | 1020 Worthing Court Winter Park, FL 32792 | $1,904.00 |
| | | *Debtors are paying 31% of their income* | |

2

      **(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. A separate motion to determine secured status or the value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc/Address | Claim Amt. | Value | Pmt. | Interest @ __% |
|---|---|---|---|---|---|---|
| None | | | | | | |

      **(D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest:.

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc/Address | Claim Amt. | Pmt. | Interest @ __% |
|---|---|---|---|---|---|
| 7327 | Ally Financial | 2013 Volkswagen | $13,437.5 | $334.33 | 5.50 |

      **(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan:**

| Last 4 Digits of Acct. No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| None | | | | |

      **(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are being made via automatic debit/draft form Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* and *in*

3

*personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below:)

**Last 4 Digits**      **Creditor**      **Property/Collateral**
**of Acct. No.**

  None

    (G) **Liens to be Avoided per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

**Last 4 Digits**      **Creditor**      **Collateral Description/Address**
**of Acct. No.**

None

    (H) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in* rem and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below:)

**Last 4 Digits**      **Creditor**      **Property/Collateral to be**
**of Acct. No.**                                      **Surrendered**

  None

## 6. LEASES/EXECUTORY CONTRACTS:

**Last 4 Digits**    **Creditor**    **Property**    **Assume/Reject-Surrender**    **Est. Arrears**
**of Acct. No.**
  None

7. **GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after

4

payments to the above referenced creditors or shall otherwise be under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $11,593.26.

## 8. ADDITIONAL PROVISIONS:

(A) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) \_\_x\_\_ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claims as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is fled, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS:**

**Attorney Fees:** The Debtors' attorneys fees consist of $4,500.00 for the representation of the Debtors in the Chapter 13 and $2,500.00 for the mortgage modification mediation process. $403.00 consists of the filing fee, the mortgage modification mediation registration fee and the $53.00 credit report fee for joint debtors. Debtors will be the balance of $20.00 for the Portal registration directly to undersigned counsel.

John Richard Kennybrook, Debtor                           Dated: 7/19/2016

Kathleen Patricia Kennybrook, Debtor                      Dated: 7/19/2016

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this First Amended Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, on this 20th day of July, 2016.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Attorney for Debtor
Myers & Eichelberger, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
adam@themelawfirm.com

| | Kennybrook 6:16-bk-01096-ABB | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Rushmore | Ally | Atty Fees | Mediation Fees | Monitoring Fees | Unsecured | Trustee Fee | Total |
| 3/23/2016 | 1 | 1904 | 334.33 | 150 | | | | 265.37 | 2653.7 |
| 4/23/2016 | 2 | 1904 | 334.33 | 150 | | | | 265.37 | 2653.7 |
| 5/23/2016 | 3 | 1904 | 334.33 | 150 | | | | 265.37 | 2653.7 |
| 6/23/2016 | 4 | 1904 | 334.33 | 150 | | | | 265.37 | 2653.7 |
| 7/23/2016 | 5 | 1904 | 334.33 | 150 | | | | 265.37 | 2653.7 |
| 8/23/2016 | 6 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 9/23/2016 | 7 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 10/23/2016 | 8 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 11/23/2016 | 9 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 12/23/2016 | 10 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 1/23/2017 | 11 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 2/23/2017 | 12 | 1904 | 334.33 | 100 | | 50 | | 265.37 | 2653.7 |
| 3/23/2017 | 13 | 1904 | 334.33 | 200 | | 50 | $0.59 | 276.55 | 2765.47 |
| 4/23/2017 | 14 | 1904 | 334.33 | 200 | | 50 | $0.59 | 276.55 | 2765.47 |
| 5/23/2017 | 15 | 1904 | 334.33 | 150 | 50 | 50 | $0.59 | 276.55 | 2765.47 |
| 6/23/2017 | 16 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 7/23/2017 | 17 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 8/23/2017 | 18 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 9/23/2017 | 19 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 10/23/2017 | 20 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 11/23/2017 | 21 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 12/23/2017 | 22 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 1/23/2018 | 23 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 2/23/2018 | 24 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 3/23/2018 | 25 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 4/23/2018 | 26 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 5/23/2018 | 27 | 1904 | 334.33 | | 200 | 50 | $0.59 | 276.55 | 2765.47 |
| 6/23/2018 | 28 | 1904 | 334.33 | | 50 | 50 | $150.59 | 276.55 | 2765.47 |
| 7/23/2018 | 29 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 8/23/2018 | 30 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 9/23/2018 | 31 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 10/23/2018 | 32 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 11/23/2018 | 33 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 12/23/2018 | 34 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 1/23/2019 | 35 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 2/23/2019 | 36 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 3/23/2019 | 37 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 4/23/2019 | 38 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 5/23/2019 | 39 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 6/23/2019 | 40 | 1904 | 334.33 | | | 50 | $200.59 | 276.55 | 2765.47 |
| 7/23/2019 | 41 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 8/23/2019 | 42 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 9/23/2019 | 43 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 10/23/2019 | 44 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 11/23/2019 | 45 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 12/23/2019 | 46 | 1904 | 334.33 | | | 50 | $534.92 | 276.55 | 2765.47 |
| 1/23/2020 | 47 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 2/23/2020 | 48 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 3/23/2020 | 49 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 4/23/2020 | 50 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 5/23/2020 | 51 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 6/23/2020 | 52 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 7/23/2020 | 53 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 8/23/2020 | 54 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 9/23/2020 | 55 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 10/23/2020 | 56 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 11/23/2020 | 57 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 12/23/2020 | 58 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 1/23/2021 | 59 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| 2/23/2021 | 60 | 1904 | | | | 50 | $534.92 | 276.55 | 2765.47 |
| | | 114240 | 15044.85 | 2000 | 2500 | 2750 | $11,593.27 | 16458.84 | 164586.96 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-01096-ABB<br>Middle District of Florida<br>Orlando<br>Wed Jul 20 16:28:13 EDT 2016 | John Richard Kennybrook<br>1020 Worthing Court<br>Winter Park, FL 32792-6111 | Kathleen Patricia Kennybrook<br>1020 Worthing Court<br>Winter Park, FL 32792-6111 |
| Ally Financial<br>PO Box 130424<br>Roseville MN 55113-0004 | Ally Financial<br>Post Office Box 380901<br>Bloomington, MN 55438-0901 | Capital One<br>Attn: Bankruptcy<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Christiana Trust<br>c/o Kass Shuler, P.A.<br>1505 N. Florida Avenue<br>Tampa, FL 33602-2613 | Christiana Trust, Trustee (See 410)<br>c/o Rushmore Loan Management<br>Services LLC<br>P.O. Box 55004<br>Irvine, California 92619-5004 |
| FLORIDA HOSPITAL ORLANDO<br>C/O Medical Services<br>PO Box 24013<br>Chattanooga, TN 37422-4013 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Florida Hospital Med Center<br>Patient Financial Services<br>Post Office Box 538800<br>Orlando, FL 32853-8800 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Rushmore Loan Mgmt Ser<br>7515 Irvine Center Dr<br>Suite 100<br>Irvine, CA 92618-2930 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 |
| Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | United States Trustee - ORL7/13 7+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Adam G Russo +<br>Myers & Eichelberger, P.L.<br>5728 Major Blvd<br>Suite 735<br>Orlando, FL 32819-7977 |
| Austin M Noel +<br>Buckley Madole, P.C.<br>Post Office Box 22408<br>Tampa, FL 33622-2408 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Rushmore Loan Management Services LLC | (u)AHRP | End of Label Matrix<br>Mailable recipients   18<br>Bypassed recipients    2<br>Total   20 |