**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Chapter 13
Case No.: 6:16-bk-01096-ABB

**JOHN RICHARD KENNYBROOK** and
**KATHLEEN PATRICIA KENNYBROOK,**

      Debtor(s).

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on July 20, 2018, I served a conformed copy of *Agreed Order Granting Motion for Relief From Stay (Related Doc # [44])* [D.E. 69] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 20th day of July, 2018.**

Respectfully submitted,

**GHIDOTTI ⏐ BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By: ___/s/ Chase A. Berger_____
      Chase A. Berger, Esq.
      Florida Bar No. 083794
      cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:    /s/ Chase A. Berger
              Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**John Richard Kennybrook**
1020 Worthing Court
Winter Park, FL 32792

*Joint Debtor*
**Kathleen Patricia Kennybrook**
1020 Worthing Court
Winter Park, FL 32792

*Debtors' Counsel*
**Cynthia E. Lewis, Esq.**
P.O. Box 540163
Orlando, FL 32854-0163

*Trustee*
**Laurie K. Weatherford**
Post Office Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:    /s/ Chase A. Berger
              Chase A. Berger, Esq.