**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

---

In Re:                                                  Case #16-01096
**Debtor:** John Kennybrook                             Chapter 13

---

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATION
*Subject property: 1020 Worthing Court Winter Park, FL 32792 (Loan 2888)*

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted and the following parties were present:

1. [   ] The Debtor:
2. [   ] The Debtor's Attorney:
3. [   ] The Lender's Representative:
4. [   ] The Lender's Attorney:

**B.** The final MMM conference was not scheduled and not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [ x ] Other: The parties failed to reach an agreement.

**C.** The result of the MMM conference is as follows:

1. [   ] The parties reached an agreement
2. [   ] The parties did not reach an agreement

Dated: 07.23.18                    Signature of Mediator: _____ //s// Liz McCausland
                                   Printed Name: Liz McCausland
                                   Address: 426 N. Ferncreek Ave Orlando, FL 32803
Copies To:                         Phone: (407) 992-8824
[All Parties to Mediation]         Email: mediation@lizlawfirm.com